IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUDITE S. PERDIGAO, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| MICHAEL J. ASTRUE,[1] | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | NO. 06-5678 |
| Defendant. | : | |

## ORDER

**AND NOW**, this 19th day of October 2007, upon consideration of Plaintiff's Motion to Reverse or Remand (Docket No. 10), Plaintiff's Memorandum of Law (Docket No. 11), Defendant's Response thereto (Docket No. 12), and Plaintiff's Reply Memorandum (Docket No. 14), and after review of the Report and Recommendation of United States Magistrate Judge Arnold C. Rapoport (Docket No. 15), it is hereby ORDERED that:

1) The Report and Recommendation is APPROVED AND ADOPTED;

2) Plaintiff's Motion to Reverse or Remand is GRANTED; and

3) The matter is REMANDED for further proceedings consistent with the Report and Recommendation.

The Clerk of Court shall CLOSE this case for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge

---

[1] Michael J. Astrue became the Commissioner of Social Security effective Feb. 12, 2007. See Miles v. Astrue, 2007 WL 764037, at n.1 (E.D. Pa. Mar. 9, 2007). Accordingly, pursuant to Fed. R. Civ. P. 25(d)(1) and 42 U.S.C. § 405(g), he is automatically substituted for Jo Anne B. Barnhart as the defendant in this action.

Case 2:06-cv-05678-GEKP   Document 16   Filed 10/22/07   Page 2 of 2